UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> Defendant. | Civil Action No. 25-4047 (DLF) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order (Jan. 12, 2026), Plaintiff Judicial Watch, Inc. and Defendant U.S. Department of Justice, by and through their undersigned counsel, respectfully submit this Joint Status Report ("JSR") in this case under Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Plaintiff submitted the FOIA request to FBI on June 2, 2025, and filed this suit on November 19, 2025. Defendant filed its answer December 22, 2025.

**PLAINTIFF'S POSITION**

Plaintiff requests that Defendant provide a timeframe for when it expects to complete the search with the parties' next Joint Status Report, if it has not completed the search by then.

The Court's Minute Order of December 23, 2025, ordered the Defendant's initial status report "should address the status of plaintiff's FOIA request, including the anticipated number of documents responsive to the request and the anticipated date(s) for release of the requested documents." Defendant has provided nothing about the status of the search in the initial JSR of January 12, 2026, nor here. (ECF 10) Plaintiff requests an update on the expected time frame for when the search will be concluded within 30 days.

Defendant's proposal to shift the next status update to May 12, 2026, keeps Plaintiff in the dark for an unreasonable period nearing six months from the Court's December 23 Minute Order, and nearing a year from the submission of Plaintiff's FOIA request.

From the outset, Plaintiff requested the FBI submit status reports every 30 days until we know the results of the search. Accordingly, Plaintiff requests the next status report for March 12, 2026.

## DEFENDANT'S POSITION

The FBI is conducting searches and working to obtain records responsive to Plaintiff's request. After it obtains the records, the FBI must scope the records to identify potentially responsive records. Once identified the FBI will review the records to determine which, if any, are responsive, conduct a classification review and then review and process the records to redact information which is exempt from disclosure and to release all non-exempt, reasonably segregable portions of information responsive to Plaintiff's FOIA request. The FBI is not currently able to report how long it will take to complete its searches, scoping, and reviews of the records responsive to Plaintiff's request.

The FBI notified Plaintiff at the outset that it would likely be at least 90 days before the FBI could provide any information about the search, especially given the numerous and voluminous requests it receives. At the outset, the FBI also asked Plaintiff to agree to status reports every 60 or 90 days because it would take at least 90 days to provide any information about the search. Plaintiff objected and requested status reports every 30 days.

In light of Plaintiff's request for an update in the next joint status report about when the FBI expects to complete the search, the FBI requests this Court order the next joint status report for May 12, 2026. Should the FBI have any updates in the interim, it will notify Plaintiff.

- 3 -

|  |  |
|---|---|
| Dated: February 12, 2026 | Respectfully submitted, |
|  | JEANINE FERRIS PIRRO<br>United States Attorney |
| /s/ *Philumina Johanni*<br>RAMONA RAULA COTCA<br>D.C. Bar No. 501159<br>PHILUMINA JOHANNI*<br>425 Third Street, SW Suite 800<br>Washington, DC 20024<br>(202) 646-5172<br>rcotca@judicialwatch.org<br>pjohanni@judicialwatch.org | /s/    *Robert J. Morris, II*<br>ROBERT J. MORRIS, II<br>D.C. Bar #1719434<br>Assistant United States Attorney<br>601 D Street NW<br>Washington, DC 20530<br>(202) 252-2534<br>Robert.Morris@usdoj.gov |
| *Counsel for Plaintiffs*<br>**Admitted Pro Hac Vice* | *Attorneys for the United States of America* |